IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONATHAN PORTER                                                                                          PLAINTIFF
ADC #659942

v.                                              4:17cv00789-KGB-JJV

GARY STEWART, Doctor; and
TIM RYALS, Sheriff, Faulkner County Jail                                               DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

**DISPOSITION**

**I.    ANALYSIS**

On December 1, 2017, Jonathan Porter ("Plaintiff") filed a *pro se* Complaint alleging Defendants violated his constitutional rights at the Faulkner County Jail. (Doc. No. 2.) On December 5, 2017, I issued an Order granting Plaintiff *in forma pauperis* status, explaining his obligations under Local Rule 5.5(c)(2), and advising him of the consequences if he failed to abide by that rule.[1] (Doc. No. 3.) Plaintiff received that Order.

On July 18, 2018, mail sent by the Court to Plaintiff at the Faulkner County Jail was returned undeliverable because Plaintiff had been released from that facility without providing a new address to the Clerk, as required by Local Rule 5.5(c)(2). (Doc. No. 19.) In light of his release, it also was unclear whether Plaintiff was entitled to continue proceeding *in forma pauperis*. Accordingly, on July 19, 2018, I issued an Order giving Plaintiff thirty (30) days to provide his

---

[1]Local Rule 5.5(c)(2) states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

current mailing address to the Clerk and file another Application to Proceed Without Prepayment of Fees and Affidavit. (Doc. No. 20.) Importantly, I warned Plaintiff that I would recommend dismissal if he did not timely do so. (*Id*.)

Plaintiff has not complied with my July 19, 2018, Order, and the time to do so has expired. Thus, I recommend the Complaint (Doc. No. 1) be DISMISSED without prejudice due to a lack of prosecution.

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. No. 2) be DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 21st day of August, 2018.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

3