IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONATHAN PORTER
ADC #659942                                                                                     PLAINTIFF

v.                                     Case No. 4:17-cv-00789-KGB/JJV

GARY STEWART, Doctor, Faulkner County Jail;
and TIM RYALS, Sheriff, Faulkner County Jail                                   DEFENDANTS

## ORDER

The Court has received the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 26). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 26).

It is, therefore, ordered that:

1. Plaintiff Jonathan Porter's complaint against defendants Gary Stewart and Tim Ryals is dismissed without prejudice (Dkt. No. 2).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the Proposed Findings and Recommendations and the accompanying Judgment would not be taken in good faith.

So ordered this 28th day of December, 2018.

Kristine G. Baker
United States District Judge