IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONATHAN PORTER
ADC #659942                                                                                    PLAINTIFF

v.                         Case No. 4:17-cv-00789-KGB/JJV

GARY STEWART, Doctor, Faulkner County Jail;
and TIM RYALS, Sheriff, Faulkner County Jail                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Jonathan Porter's complaint is dismissed without prejudice.

So adjudged this 28th day of December, 2018.

_____
Kristine G. Baker
United States District Judge